**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:      Hani Hafiz Ibrahim Qutiefan v. Lubna Abdelziz Safi a/k/a Lubna Aziz Safi

Appellate case number:    01-18-00425-CV

Trial court case number:  13-DCV-206211

Trial court:              505th District Court of Fort Bend County

Appellant, Hani Hafiz Ibrahim Qutiefan, has filed a motion to extend time to file a reply in support of his third motion for extension of time to file a motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8. Appellant's motion requested an extension of 10 business days, or until December 15, 2021, to file a reply. To date, appellant has not filed a reply.

Accordingly, the Court **denies** appellant's motion to extend time to file a reply.

It is so ORDERED.

Judge's signature:  _/s/  April L. Farris_
                    ☑ Acting individually    ☐ Acting for the Court

Date:  _December 30, 2021_